# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> and <br><br> MAURICE KNOX <br>      Plaintiff Intervenor, <br><br> v. <br><br> SKANSKA USA BUILDING, INC., <br>      Defendant. | No. 2:10-cv-02717-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed September 30, 2010, the parties having settled their claims,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Stipulation of Dismissal (ECF No. 121), all claims by Plaintiff Intervenor Maurice Knox against Defendant are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

October 21, 2014
Date